JS-6

EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | No. CV 15-09662 SJO (PLAx) |
| Plaintiff, | Judgment |
| v. | |
| Wolflick & Simpson; and David Simpson, | |
| Defendants. | |

Based on the papers filed in this case, and all other matters properly made part of the record,

**IT IS ORDERED** that the motion for summary judgment filed by the United States of America is granted (document number 27).

**IT IS ORDERED** that the motion for summary judgment filed by David Simpson is denied (document number 30).

**IT IS ORDERED** that Wolflick & Simpson is liable to the United States of America pursuant to 26 U.S.C. § 6332(d)(1) for failure to comply with the 2011 Levy in the amount of $805,290.35 as of March 10, 2016.

**IT IS ORDERED** that David Simpson is liable to the United States of America pursuant to 26 U.S.C. § 6332(d)(1) for failure to comply with the 2011 Levy in the amount of $805,290.35 as of March 10, 2016.

**IT IS ORDERED** that interest continues to accrue as allowed by law.

**IT IS SO ORDERED.**

DATED: July 27, 2016

_____
S. JAMES OTERO
United States District Judge

Presented by:

EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division


/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2