1  EILEEN M. DECKER
   United States Attorney
2  ROBERT F. CONTE
   Assistant United States Attorney
3  Acting Chief, Tax Division
   GAVIN L. GREENE (Cal. Bar No. 230807)
4  Assistant United States Attorney
       Federal Building, Suite 7211
5      300 North Los Angeles Street
       Los Angeles, California 90012
6      Telephone: (213) 894-4600
       Facsimile: (213) 894-0115
7      E-mail: Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
September 26, 2016.
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | No. CV 15-09662 SJO (PLAx) |
| Plaintiff, | [~~Proposed~~] Amended Judgment |
| v. | |
| Wolflick & Simpson; and David Simpson, | |
| Defendants. | |

Based on the papers filed in this case, and all other matters properly made part of the record,

**IT IS ORDERED** that the Judgment entered herein on July 28, 2016 (document number 47) is hereby vacated and superseded by this Judgment.

**IT IS ORDERED** that the motion for summary judgment filed by the United States of America is granted (document number 27).

**IT IS ORDERED** that the motion for summary judgment filed by David Simpson is denied (document number 30).

1 **IT IS ORDERED** that Wolflick & Simpson is liable to the United States of America pursuant to 26 U.S.C. § 6332(d)(1) for failure to comply with the 2011 Levy in the amount of $805,290.35 as of March 10, 2016.  Interest continues to accrue as allowed by law.  The amount recoverable by the United States shall not exceed the then remaining balance due for the liabilities listed in the 2011 Levy.  Any payments or credits applied to the liabilities listed in the 2011 Levy shall reduce the liability of Wolflick & Simpson.

**IT IS ORDERED** that David Simpson is liable to the United States of America pursuant to 26 U.S.C. § 6332(d)(1) for failure to comply with the 2011 Levy in the amount of $805,290.35 as of March 10, 2016.  Interest continues to accrue as allowed by law.  The amount recoverable by the United States shall not exceed the then remaining balance due for the liabilities listed in the 2011 Levy.  Any payments or credits applied to the liabilities listed in the 2011 Levy shall reduce the liability of David Simpson.

**IT IS SO ORDERED.**

DATED:  September 26, 2016.

_____
S. JAMES OTERO
United States District Judge

Presented by:

EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2